UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRAZOS EUROPE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 03-1776 (RCL) |
| ) | |
| **CAPITAL RESOURCE GROUP, LLC,** ) | |
| <u>et al.</u>, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff's Motion [53] for Entry of Default Judgment, and in accordance with the memorandum opinion issued this day, it is hereby

ORDERED that Plaintiff's Motion for Entry of Default Judgment is GRANTED; and it is further

ORDERED that a default judgment of $757,500, plus interest thereon and costs, is entered against Defendant Capital Resource Group, LLC, and Defendant Gary R. Vibbard.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 21, 2004.